UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE:

**RAYTECH CORPORATION, ET AL**

**LAUREEN M. RYAN, TRUSTEE**
**Raymark Indus. Inc.**                            :
    **Plaintiff**

    v.                                              :   CIVIL NO.: 3:00cv1855(DJS)

**BJORK LAWRENCE POESCHL KOHN:**
    **Defendant**

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

In the interest of justice, the above identified case is hereby referred to Thomas P. Smith, United States Magistrate Judge for the purpose of a settlement conference only.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this  30th  day of November, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge